**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Evaristo Chilado Ascencion,<br>Petitioner<br>v.<br>John Mattos, et al.,<br>Respondents | Case No. 2:26-cv-02761-JAD-BNW<br><br>**Order Dismissing Case**<br><br>[ECF Nos. 5, 8] |

Petitioner Evaristo Chilado Ascencion filed this petition for federal habeas corpus relief from his immigration detention. On September 1, 2026, the federal respondents moved to dismiss his petition as moot, explaining that Ascencion was granted bond and released from custody on August 21, 2026.[1] On September 22, 2026, Ascension filed a notice of voluntarily dismissal confirming that he has been released.[2]

IT IS ORDERED that t**his case is DISMISSED** under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The respondents' motion to dismiss **[ECF No. 5] is DENIED as moot. The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
September 24, 2026

[1] ECF No. 5.

[2] ECF No. 8.